William M. Huse, Esq.  (IN #31622-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
(Designated for Service)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SHANNON LAWRENCE,<br>            Plaintiff, | ) CASE NO. 2:18-cv-02864-JAM-<br>) KJN<br>) |
| vs. | )<br>) |
| EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANSUNION LLC; and TD RETAIL<br>CARD SERVICES;<br>            Defendants. | ) **STIPULATION AND ORDER OF**<br>) **DISMISSAL WITH PREJUDICE**<br>) **AS TO DEFENDANT TRANS**<br>) **UNION, LLC ONLY**<br>)<br>)<br>) |

Plaintiff Shannon Lawrence, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02864-JAM-KJN**

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | |
| 4 | Date: April 10, 2019          /s/Elliott Gale (w/ consent) |
| | Elliott W. Gale, Esq. |
| 5 | Sagaria Law, P.C. |
| | 2017 Douglas Boulevard, Suite 200 |
| 6 | Roseville, CA 95661 |
| | Telephone: 408-279-2288 |
| 7 | Fax: 408-279-2299 |
| | E-Mail: egale@sagarialaw.com |
| 8 | |
| 9 | *Counsel for Plaintiff Shannon Lawrence* |
| 10 | |
| 11 | Date: April 10, 2019          /s/William M. Huse |
| | William M. Huse, Esq. (IN #31622-49) |
| 12 | *(admitted Pro Hac Vice)* |
| | Schuckit & Associates, P.C. |
| 13 | 4545 Northwestern Drive |
| | Zionsville, IN 46077 |
| 14 | Telephone: 317-363-2400 |
| | Fax: 317-363-2257 |
| 15 | E-Mail: whuse@schuckitlaw.com |
| 16 | |
| 17 | *Lead Counsel for Defendant Trans Union, LLC* |
| 18 | |
| 19 | Eileen T. Booth, Esq. (CSB #182974) |
| | Jacobsen & McElroy PC |
| 20 | 2401 American River Drive, Suite 100 |
| | Sacramento, CA 95825 |
| 21 | Telephone: 916-971-4100 |
| | Fax: 916-971-4150 |
| 22 | E-Mail: ebooth@jacobsenmcelroy.com |
| 23 | |
| | *Local Counsel for Defendant Trans Union, LLC* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02864-JAM-KJN**

| | |
|---|---|
| **1** | <div align="center">**ORDER**</div> |
| **2** | PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff |
| **3** | Shannon Lawrence against Defendant Trans Union, LLC are dismissed, with prejudice. |
| **4** | Plaintiff Shannon Lawrence and Defendant Trans Union, LLC shall each bear their own costs |
| **5** | and attorneys' fees. |
| **6** | |
| **7** | |
| **8** | Date: 4/10/2019                                           /s/ John A. Mendez_____<br>                                                                  United States District Court Judge |
| **9** | |
| **10** | |
| **11** | |
| **12** | |
| **13** | |
| **14** | |
| **15** | |
| **16** | |
| **17** | |
| **18** | |
| **19** | |
| **20** | |
| **21** | |
| **22** | |
| **23** | |
| **24** | |
| **25** | |
| **26** | |
| **27** | |
| **28** | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02864-JAM-KJN**